**E-filed 09/19/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>    v.<br><br>THE DEPARTMENT OF CORRECTION, et al.,<br><br>                Defendants. | Case Number C-07-04756 JF<br><br>ORDER[1] TO SHOW CAUSE<br><br>[re: docket no.1] |

      Plaintiff John Doe seeks to restrain Defendants from enforcing Cal. Penal Code §3003.5(b) and (c), as amended by the Sexual Predator Punishment and Control Act ("SPPCA"), also known as "Jessica's Law." These provisions prohibit any person required to register as a sex offender, pursuant to Cal. Penal Code §290, from living within 2,000 feet of a school or park where children regularly gather. Plaintiff is a person subject to these provisions. Having reviewed Plaintiff's pleadings, the Court concludes that Plaintiff has not made a sufficient factual showing to warrant entry of a temporary restraining order at this juncture. However, because the Court must construe the pleadings of *pro se* litigants liberally, it appears that Plaintiff may be

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C-07-04756 JF
ORDER TO SHOW CAUSE
(JFLC3)

1  attempting to allege that the SSPCA is being given impermissible retroactive effect as to him.
2  *See Doe v. Schwarzenegger*, 476 F.Supp.2d 1178, 1180-81 (E.D.Cal. 2007).
3         Accordingly, within fourteen (14) court days, Defendants shall show cause as to why the
4  relief prayed for should not be granted.  The matter will then be taken under submission without
5  further briefing or argument unless otherwise ordered.

7  IT IS SO ORDERED.

9  DATED:  September 19, 2007

   _____
   JEREMY FOGEL
   United States District Judge

2

Case No. C-07-04756 JF
ORDER TO SHOW CAUSE
(JFLC3)