UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff(s),<br><br>   v.<br><br>THE DEPARTMENT OF CORRECTION<br>CALIFORNIA ATTORNEY GENERAL<br>JERRY BROWN,<br><br>        Defendant(s).<br>_____/ | No. C 07-04756 JF (PVT)<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

    Please take notice that this action has been reassigned a civil miscellaneous case number which is C-07-80227 MISC JF. Please use this number for any future filings and communications with the court on this matter. All current filings have been placed under the new number.

Dated: September 26, 2007

Richard W. Wieking, Clerk of Court

by: _____
     Snooki Puli
     Deputy Clerk