**E-filed 10/04/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE DEPARTMENT OF CORRECTION, et al.,<br><br>                    Defendants. | Case Number C-07-80227 MISC JF<br><br>ORDER[1] GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>[re: docket no. 2] |

Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The court may deny *in forma pauperis* status, however, if it appears from the face of the proposed complaint that the action is frivolous or without merit. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Tripati v. First National Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987). Given that *pro se* pleadings are to be liberally construed, Mr. Doe's filing on September 17, 2007 will be deemed to include a

---

[1] This disposition is not designated for publication and may not be cited.

1    complaint even though not labeled as such.  In his application for *in forma pauperis*, Mr. Doe

2    indicates he is unemployed and receiving social security disability benefits.  The application to

3    proceed *in forma pauperis* is GRANTED.  The Marshal shall serve the parties by the close of

4    business on the date of this Order.

5

6    IT IS SO ORDERED

7

8    DATED:  October 4, 2007

                                                _____
9                                               JEREMY FOGEL
                                                United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2

Case No. C-07-8022 MISC JF
ORDER GRANTING IN FORMA PAUPERIS
(JFLC3)