**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | No. C 07-80227 MISC-JF |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| THE DEPARTMENT OF CORRECTION, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that pursuant to the Order Granting Application to Proceed In Forma Pauperis filed on October 4, 2007, this action has been reassigned a regular civil case number which is **CV 07-5117-JF**. Please use this number for any future filings and communications with the court on this matter. All current filings have been placed under the new number.

Dated: October 4, 2007

Richard W. Wieking, Clerk

by: _____
Snooki Puli
Deputy Clerk